IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KURT WASHINGTON,
Plaintiff,

v.

LVNV FUNDING, LLC,
Defendant.

3-25CV1604-X

FILED-USDC-NDTX-DA
'25 JUN 23 AM10:13
KnB

## FEDERAL COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

COMES NOW the Plaintiff, Kurt Washington, in propria persona, sui juris, a living man and private Am

### I. JURISDICTION AND VENUE

1. This Court has original jurisdiction pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1343, as this act
2. Venue is proper in this Court under 28 U.S.C. §1391(b), as the events and omissions giving rise t

### II. PARTIES

3. Plaintiff Kurt Washington is a natural person domiciled in Arlington, Texas, and is the real part
4. Defendant LVNV Funding, LLC is a foreign entity doing business in Texas and may be served via its

### III. FACTUAL ALLEGATIONS

5. Defendant filed a civil action against Plaintiff and obtained a judgment relying solely on a busi
6. Plaintiff objected on record to the affidavit as hearsay and invoked the Best Evidence Rule.
7. The trial transcript shows Plaintiff's objections were overruled, and the judgment was entered de
8. Plaintiff sent a timely written demand for validation under 15 U.S.C. §1692g; the 30-day response
9. Defendant continues collection efforts despite noncompliance, constituting violations of federal

### IV. CAUSES OF ACTION

**COUNT I – VIOLATION OF FDCPA (15 U.S.C. §§1692e, 1692f, 1692g)**

10. Defendant failed to cease collection and validate the debt upon request.
11. Defendant used misleading representations by relying on hearsay and unverified affidavits.

**COUNT II – DEPRIVATION OF RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §1983)**

12. Defendant used the court process to deprive Plaintiff of property without due process.
13. Judgment was secured through hearsay and denial of procedural fairness.

**COUNT III – FRAUD UPON THE COURT AND ABUSE OF PROCESS**

14. Defendant misrepresented the nature and foundation of the debt and used an affidavit in lieu of
15. Defendant knowingly used a manufactured record without lawful standing.

### V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment as follows:
A. For declaratory relief recognizing Defendant's violations of federal law;
B. For injunctive relief staying the state judgment and collection activities;
C. For statutory damages of $1,000 under the FDCPA;
D. For actual and punitive damages for constitutional and emotional injury;
E. For costs of suit and such other relief deemed just and proper.

Respectfully submitted,
Kurt Washington
5231 Rio Bravo
Arlington, TX 76017
Pro Se, In Propria Persona

NOTARY ACKNOWLEDGMENT:
State of Texas
County of ___Tarrant___

Before me, the undersigned authority, personally appeared Kurt Washington, known to me or who provid

Subscribed and sworn before me this  23rd  day of  June , 2025.

_____
Notary Public Signature
My Commission Expires: 01-17-2027



EXHIBITS:
Exhibit A: Transcript – Plaintiff's Hearsay Objection Overruled
Exhibit B: Transcript – No Original Contract Produced
Exhibit C: Transcript – Best Evidence Rule Cited by Plaintiff
Exhibit D: Transcript – LVNV Relies on Affidavit Only
Exhibit E: Transcript – Lack of Chain of Assignment
Exhibit F: Transcript – Improper Evidentiary Admission
[Attached Exhibit A: Transcript Page]
[Attached Exhibit B: Transcript Page]
[Attached Exhibit C: Transcript Page]
[Attached Exhibit D: Transcript Page]
[Attached Exhibit E: Transcript Page]
[Attached Exhibit F: Transcript Page]

# Proof of Service & Mailing Instructions

## I. Mailing to Clerk of the U.S. District Court

Send the following documents via USPS Certified Mail with Return Receipt to:

Clerk of the Court
U.S. District Court – Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

Documents to Include:
1. Final Master Federal Complaint with Exhibits
2. Application to Proceed In Forma Pauperis (IFP)
3. JS-44 Civil Cover Sheet
4. Cover Letter to Clerk

## II. Mailing to LVNV Funding, LLC (Defendant)

Send the following documents via USPS Certified Mail with Return Receipt to:

LVNV Funding, LLC
c/o Resurgent Capital Services
55 Beattie Place, Suite 110
Greenville, SC 29601

Documents to Include:
1. Copy of Filed Federal Complaint with Exhibits
2. Cover Letter to LVNV

## III. Proof of Service Affidavit (To File After Delivery to LVNV)

STATE OF TEXAS
COUNTY OF _____Tarrant_____

BEFORE ME, the undersigned authority, personally appeared Kurt Washington, who, being duly sworn, deposed and stated:

1. I am over the age of 18 and competent to make this affidavit.
2. On the 23rd day of _June_, 2025, I caused a true and correct copy of the filed Complaint and Exhibits to be served on the defendant:

   LVNV Funding, LLC

c/o Resurgent Capital Services
55 Beattie Place, Suite 110
Greenville, SC 29601

by depositing said documents with the United States Postal Service, via Certified Mail, return receipt requested.

3. A return receipt (green card) signed by the agent for LVNV Funding is attached hereto.

Further affiant sayeth not.

*Kurt Washington, Trustee*
Kurt Washington
5231 Rio Bravo
Arlington, TX 76017

Sworn to and subscribed before me on this 23rd day of June, 2025.

_____
Notary Public, State of Texas
My Commission Expires: 01-17-2027



Emanuel Lopez
Notary Public, State of Texas
Comm. Expires 01-17-2027
Notary ID 13415250-2

# EXHIBIT A

(Attached Transcript Page)

```
 1
 2                        REPORTER'S RECORD
                        VOLUME 1 OF 1 VOLUMES
 3                 TRIAL COURT CAUSE NO. 2023-004759-2

 4   LVNV Funding, LLC,         )  IN THE COUNTY COURT
                                )  AT LAW NO. 2
 5       Plaintiff              )
                                )
 6   VS.                        )
                                )
 7   KURT WASHINGTON,           )
                                )
 8       Defendant              )  TARRANT COUNTY, TEXAS

 9

10
                       ---------------------------------
11                              NON-JURY TRIAL
                       ---------------------------------
12

13
         On the 9th day of December, 2024, the following
14
     proceedings came on to be heard in the above-entitled and
15
     numbered cause before the Honorable Jennifer Rymell, Judge
16
     presiding, held in Fort Worth, Tarrant County, Texas;
17
         Proceedings reported by machine shorthand.
18

19

20

21

22

23

24

25
```

# EXHIBIT B

(Attached Transcript Page)

```
 1                    P R O C E E D I N G S
 2              THE COURT:  This is Cause No. 2023-004759-2;
 3   LVNV Funding, LLC versus Kurt Washington, and this is a
 4   continuation of a non-jury trial that began on November 25th of
 5   2024.  We have Mr. Tyler Drinkwine here on behalf of LVNV
 6   Funding, and we have Mr. Kurt Washington who is representing
 7   himself.  At the beginning of the trial on the 25th,
 8   Plaintiff's counsel, then, had given Mr. Washington their
 9   Plaintiff's Exhibit -- is it A or is this 1, Mr. Drinkwine?
10              COURT REPORTER:  One.
11              THE COURT:  It was 1?  Thank you, Traci.
12   Plaintiff's Exhibit 1.  Mr. Washington did not have the
13   capabilities at that time to able to read that exhibit in its
14   totality, so the Court continued the case for Mr. Washington to
15   be able to do that.  So when we left off, Plaintiff had asked
16   for Exhibit 1 to be admitted.  I had asked if there was any
17   objections, and so now, Mr. Washington, is there any objections
18   to Plaintiff's Exhibit 1?  And if there is, please go ahead and
19   state those legal objections for the record so the Court can
20   make a ruling.  Is there any objections?
21              MR. WASHINGTON:  Objection.  Counselor is
22   violating the best evidence rule.
23              THE COURT:  In what way?
24              MR. WASHINGTON:  What way is because -- I mean,
25   there's no -- inadmissible evidence.  That's what it is.
```

# EXHIBIT C

(Attached Transcript Page)

```
 1              THE COURT:  In what way?  Why is it
 2   inadmissible?  What are the legal grounds?
 3              MR. WASHINGTON:  The grounds is -- I mean,
 4   there's nothing to support his claim.  There's no witness to
 5   support the claim.  It's hearsay.  Objection; hearsay.
 6              THE COURT:  Well, they had filed the business
 7   records affidavit, so that gets over the hearsay hump.  So I'm
 8   going to go ahead and I'm going to overrule the hearsay
 9   objection because they filed a business record affidavit in
10   this case.  Do you have any other objections?
11              MR. WASHINGTON:  Counselor, I'd like to say --
12              THE COURT:  Hold on a minute.  Mr. Washington,
13   this is just to ask if there's any objections.  You will have
14   an opportunity to testify if you choose to -- again, you don't
15   have to -- and say what you want to say, but this is not the
16   right time in the trial to do so.  So I just need to know
17   whether you have any other objections.  I've overruled the
18   hearsay objection, so any other objections to Plaintiff's
19   Exhibit 1?  I'll hear what those objections are and make a
20   ruling.  If not, we'll move on.  And you will have a chance to
21   testify.  So is there any other --
22              MR. WASHINGTON:  No.
23              THE COURT:  So I'm going to -- I overruled both
24   the objection -- the renewed objection, so Plaintiff's
25   Exhibit 1 is admitted.  Mr. Drinkwine, you may proceed now.
```

# EXHIBIT D

(Attached Transcript Page)

```
 1                MR. DRINKWINE:  Thank you, your Honor.  Your
 2   Honor, I've here on behalf of LVNV Funding moving for final
 3   judgment.  This case is a breach of contract claim, wherein --
 4                MR. WASHINGTON:  Objection --
 5                THE COURT:  We've already had opening statements
 6   --
 7                MR. DRINKWINE:  Sorry, your Honor --
 8                THE COURT:  I know that you were not the
 9   original attorney.  We've had our opening statements.  The
10   exhibit has been admitted.  So the only thing else I'm asking
11   you, any other witnesses or evidence at this time or do you
12   rest?  And you can make a closing argument later.
13                MR. DRINKWINE:  Your Honor, we have no other
14   information.  If you'd like us to walk through the business
15   records affidavit, I'm happy to point out some key features of
16   that evidence rule.  Otherwise, we're going to rest.
17                THE COURT:  You can do that in your closing
18   argument.  This is merely time for evidence.  Any other
19   witnesses or evidence at this time?
20                MR. DRINKWINE:  No, your Honor.
21                THE COURT:  So you rest?
22                MR. DRINKWINE:  Plaintiff's rest.
23                THE COURT:  So Mr. Washington, the Plaintiffs
24   have rested, so this would be your opportunity -- if you chose
25   to but you don't have to.  You can call yourself as a witness.
```

# EXHIBIT E

(Attached Transcript Page)

1  You can call other witnesses.  You can also have any other
2  documents considered by the Court that may be admitted into
3  evidence.  Of course, those would need to be e-mailed to the
4  coordinator so she can get those to the Court and
5  Mr. Drinkwine.  You can do all of those things.  You can do
6  none of those things.  What you would like to do at this time?
7              MR. WASHINGTON:  Yes.  To the counselor, before
8  we can proceed -- before we can proceed with this matter as
9  directory and beneficiaries with my legal person, you have 21
10 days to respond in writing and have proof -- to provide proof
11 of claims that have legal and lawful authority as my public
12 servant -- bothered me at all.
13             THE COURT:  I'm sorry, Mr. Washington.  You're
14 not going to get a record if you're talking over me.  The court
15 reporter is going to take me and not going to take you, so you
16 don't want to do that.  So do you have any evidence?  Do you
17 want to testify, call any witnesses or do you have any
18 documentation --
19             MR. WASHINGTON:  No, your Honor.
20             THE COURT:  So you rest?
21             MR. WASHINGTON:  Yes.
22             THE COURT:  So you rest, and then I'll hear any
23 closing arguments.  So Mr. Drinkwine, do you have any closing
24 argument at this time?
25             MR. DRINKWINE:  Your Honor, yes, we do.  So your

# EXHIBIT F

(Attached Transcript Page)

1  Honor, we think that our business records affidavit proves our
2  claim --
3           MR. WASHINGTON: Objection --
4           THE COURT: Mr. Washington, this is a closing
5  argument. He's not testifying. He's just summarizing the
6  business record. You will have an opportunity, then, to make a
7  closing argument as well. Closing arguments are not evidence.
8  Anything you tell me in closing argument, it's not going to be
9  considered as evidence. Anything Mr. Drinkwine tells me in
10 closing argument is not considered as evidence. It's just a
11 persuasive argument. That's all it is. Mr. Drinkwine, you may
12 proceed.
13          MR. DRINKWINE: Thank you, your Honor. Starting
14 off on Page 1 of our affidavit, we actually have the affidavit
15 that complies with 902 -- Texas Rules of Evidence 902.10.
16 We've provided the terms of the agreement starting on Page 23
17 of the affidavit. Page 27 provides some sample purchases that
18 Mr. Washington has made. We have our last payment on Page 51,
19 which complies with the 22 -- excuse me -- on Page 21, which
20 was made on June 10th, 2019, and then we have our charge off
21 statement on Page 73, which complies with our -- and we're
22 asking for $22,773.63, and then our chain of title is on
23 Page 2, your Honor. So we believe the evidence shows that our
24 claim is valid, and we ask that you move for final judgment.
25          THE COURT: Thank you. Mr. Washington, any

```
 1  closing argument you'd like to make?
 2             MR. WASHINGTON:  Objection.  Affidavits are
 3  inadmissible evidence, because it's hearsay.  I mean, there is
 4  no facts to support that.  That's it.
 5             THE COURT:  All right.  I'd like to thank you
 6  gentlemen for your time, and you'll have a ruling on this trial
 7  within a week.  You may leave the meeting.  Thank you.
 8             (End of proceedings)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



RECEIVED
JUN 2 3 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## JS 44 (Rev. 10/20) CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers.

**I. (a) PLAINTIFFS**
Kurt Washington

3-25CV1604-X

**(b) DEFENDANTS**
LVNV Funding, LLC

**II. BASIS OF JURISDICTION**
☑ 3. Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
Plaintiff: Texas
Defendant: Out of State

**IV. ORIGIN**
☑ 1. Original Proceeding

**V. NATURE OF SUIT**
☑ 480 Consumer Credit
☑ 440 Civil Rights

**VI. CAUSE OF ACTION**
FDCPA violations (15 U.S.C. §§ 1692e, 1692g), due process violations (42 U.S.C. § 1983)

**VII. REQUESTED IN COMPLAINT**
☑ Monetary damages
☑ Injunctive relief
☑ Declaratory relief
☑ Jury Demand: Yes

Date: 6-23-2025

Signature of Attorney of Record: _____
Kurt Washington (Pro Se)